IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANITA BOUTRUP, DAVE BOUTRUP LANDLORD9S); BOUTRUP REVOCABLE LIVING TRUST "B",

    Plaintiffs,

vs.

BRADLEY WASHBURN, ELIZABETH WASHBURN,

    Defendants.

No. CIV S-09-2678 LKK GGH PS

ORDER

/

The undersigned has reviewed plaintiff's (Boutroup) application to shorten time so that a motion to remand may be heard. The court finds good cause to grant the application in part.

Plaintiffs' motion to remand shall be heard in Courtroom 24, the undersigned's courtroom, on November 19, 2009, at 10:00 a.m. Defendants shall respond to the motion no later than November 13, 2009. A reply may be filed by plaintiffs no later than November 17, 2009.

Dated: 11/12/09                    /s/ Gregory G. Hollows

                                         U.S. MAGISTRATE JUDGE

boutrup.ord

1